

## NUMBER 13-13-00304-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

SEDONA FINANCIAL LLC
AND ANDREW FOURNIER,                                                      Appellants,

v.

PRONTO FRANCHISE LLC,                                                        Appellee.

### On appeal from the 107th District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Memorandum Opinion Per Curiam**

Appellants, Sedona Financial LLC and Andrew Fournier, perfected an appeal from

a judgment entered by the 107th District Court of Cameron County, Texas, in cause

number 2013-DCL-2123-A.   Appellants have filed an unopposed motion to dismiss with

prejudice on grounds that the parties have reached a settlement.    Appellants request that this Court dismiss this appeal with prejudice.

The Court, having considered the documents on file and the unopposed motion to dismiss with prejudice, is of the opinion that the motion should be granted.    *See* TEX. R. APP. P. 42.1(a).    The motion to dismiss is GRANTED, and the appeal is hereby DISMISSED WITH PREJUDICE.    In accordance with the agreement of the parties, costs are taxed against the party incurring same.    *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").    Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
13th day of February, 2014.